UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GRAYTON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIFFANY L. CARROLL et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-1584-CAB-WVG<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>[Doc. No. 5] |

On August 19, 2020 this Court issued an Order denying Plaintiff's application for leave to proceed in forma pauperis and sua sponte dismissing Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). [Doc. No. 3.] On August 24, 2020, Plaintiff filed a motion for reconsideration. [Doc. No. 5.]

"Although Rule 59(e) permits a district court to reconsider and amend a previous order, the rule offers an extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (internal quotation marks and citation omitted). A Rule 59(e) motion for reconsideration may not be used to raise arguments or present evidence for the

first time when they could reasonably have been raised earlier in the litigation. *Id*. "[A]fter thoughts" or "shifting of ground" do not constitute an appropriate basis for reconsideration. *Ausmus v. Lexington Ins. Co.*, No. 08–CV–2342–L, 2009 WL 2058549, at *2 (S.D. Cal. July 15, 2009). In other words, a Rule 59(e) motion does not give parties a "second bite at the apple." *See Weeks v. Bayer*, 246 F.3d 1231, 1236–37 (9th Cir. 2001); *see also Keweenaw Bay Indian Cmty. v. State of Mich.*, 152 F.R.D. 562, 563 (W.D. Mich. 1992) ("[W]here the movant is attempting to obtain a complete reversal of the court's judgment by offering essentially the same arguments presented on the original motion, the proper vehicle for relief is an appeal.").

Here, Plaintiff's application to proceed in forma pauperis was denied because Plaintiff indicated he receives $4,400 in monthly disability payments. Plaintiff's complaint was dismissed sua sponte because Plaintiff failed to state a claim and without leave to amend as frivolous. Upon additional review, the Court does not find that Plaintiff presented any verifiable factual or evidentiary support to justify vacating its previous order. Plaintiff's motion for reconsideration is **DENIED**.

It is **SO ORDERED**.

Dated: September 9, 2020

Hon. Cathy Ann Bencivengo
United States District Judge